<partyblock>

The People of the State of New York, Respondent,

against

Claudio Angeles, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered February 28, 2014, after a nonjury trial, convicting him of two counts of attempted assault in the third degree, and imposing sentence.

Per Curiam.

Judgment of conviction (Anthony J. Ferrara, J.), rendered February 28, 2014, affirmed.

The verdict convicting defendant of two counts of attempted assault in the third degree (see Penal Law  110.00/120.00[1]) was based on legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. Defendant's intent to physically injure the complainant could be readily inferred from the totality of his violent conduct (see Matter of Eugene D., 126 AD3d 529, 529 [2015]). In the first incident, defendant slapped complainant's face, grabbed her by the hair, pinned her on a bed with his body on top of her; and in the second incident, defendant grabbed complainant by her arms, pushed her backwards causing her head to hit a wall and slapped both sides of her face (see Matter of Shaheed W., 298 AD2d 204 [2002]; Matter of Marcel F., 233 AD2d 442 [1996]; People v Jackson, 18 Misc 3d 134[A], 2008 NY Slip Op 50169[U] [App Term, 1st Dept 2008], lv denied 10 NY3d 841 [2008]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: October 25, 2016

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>